## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LACY HOUGH, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 16-0216-CG-N** |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SYSTEMS, INC., TRANSUNION, | ) | |
| LLC, EQUIFAX, INC., AND FIRST | ) | |
| LIGHT FEDERAL CREDIT UNION | ) | |
| U.S.A, INC., F/K/A Fort Bliss Credit | ) | |
| Union, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Plaintiff having filed a Notice of Settlement (Doc. 17), advising that settlement has been reach between Hough and First Light Credit Union,[1] it is hereby **ORDERED** that all claims in this action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE and ORDERED** this 1st day of August, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's claims against the following Defendants were dismissed with prejudice: Defendant Experian Information Solutions, Inc. as of February 7, 2017 by Order issued on January 31, 2017 (Doc. 61); Defendant Equifax Information Services, LLC as of April 13, 2016 by Order issued on April 6, 2017 (Doc. 65); and Trans Union LLC as of May 11, 2017 by Order issued on May 4, 2017 (Doc. 71).